IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KANZA JACKSON,

    Petitioner,                                 No. CIV S-07-1197 MCE GGH P

    vs.

FOLSOM STATE PRISON,

    Respondent.                              FINDINGS AND RECOMMENDATIONS

_____/

        By Order, filed on August 9, 2007, this case was reassigned, pursuant to Local Rule 81-190(d) to Judge England for further proceedings because examination of court records revealed that petitioner had previously filed a petition for relief in the same matter, in Case No. CIV S-07-0471 MCE GGH P. The court now takes judicial notice[1] of the disposition of Case No. CIV S-07-0471 MCE GGH P. By Order, filed on March 17, 2008, granting respondent's motion to dismiss the petition in that case as barred by the AEDPA statute of limitations with prejudice, judgment was thereon entered. The instant petition challenges the same conviction.

\\\\\

---

[1] A court may take judicial notice of court records. See Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994); MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1 Therefore, the court now recommends dismissal of this successive petition. See 28 U.S.C. § 2244(b).

Accordingly, IT IS HEREBY RECOMMENDED that petitioner's successive application for a writ of habeas corpus be dismissed with prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 04/14/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
jack1197.fr